CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for AURELIA AYON GUERRERO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE SANTANA AYON ARAGON, et al.,<br><br>Defendants. | Case No.: 2:22-cr-178 TLN<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   January 11, 2024<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Troy L. Nunley |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, David Spencer, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Aurelia Ayon Guerrero, that the status conference in this matter, currently scheduled for January 11, 2024, at 9:30 a.m., be vacated, and the matter continued to this court's criminal calendar on March 7, 2024, at 9:30 a.m. for further status conference and possible change of plea.  The government has provided Ms. Guerrero with a plea agreement.  Defense counsel requires additional time to review records, confer with Ms. Guerrero, and conduct additional investigation in order to prepare for trial.

    IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of this stipulation, January 9, 2024, through March 7, 2024, and that the

ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: January 9, 2024  /S/ David Spencer
PHILLIP TALBERT
by DAVID SPENCER
Attorney for Plaintiff

DATED: January 9, 2024  /S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Aurelia Ayon Guerrero

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for January 11, 2024, at 9:30 a.m., be vacated and the matter continued for further status conference and possible change of plea on March 7, 2024, at 9:30 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded from January 9, 2024, through March 7, 2024, to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 9th day of January 2024.

Troy L. Nunley
United States District Judge

01/09/24