CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for AURELIA AYON GUERRERO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE SANTANA AYON ARAGON, et al.,<br><br>Defendants. | Case No.: 2:22-cr-178 TLN<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  May 23, 2024<br>TIME:  9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney, David Spencer, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant **Aurelia Ayon Guerrero**, that the status conference in this matter, currently scheduled for May 23, 2024, at 9:30 a.m., be vacated, and the matter continued to this court's criminal calendar on July 11, 2024, at 9:30 a.m. for further status conference. The Court vacated the status conference set for May 23, 2024, on its own motion. Further, the government has provided Ms. Guerrero with a plea agreement. Defense counsel requires additional time to review records, confer with Ms. Guerrero, and conduct additional investigation in order to prepare for trial.

　　　　IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-

05/20/24

4), from the date of this stipulation, May 16, 2024, through July 11, 2024, and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: May 20, 2024　　　　　/S/　　David Spencer
　　　　　　　　　　　　　　　PHILLIP TALBERT
　　　　　　　　　　　　　　　by DAVID SPENCER
　　　　　　　　　　　　　　　Attorney for Plaintiff

DATED: May 20, 2024　　　　　/S/　　Clemente M. Jiménez
　　　　　　　　　　　　　　　CLEMENTE M. JIMÉNEZ
　　　　　　　　　　　　　　　Attorney for Aurelia Ayon Guerrero

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for May 23, 2024, at 9:30 a.m., be vacated and the matter continued for further status conference and possible change of plea on July 11, 2024, at 9:30 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded from May 20, 2024, through July 11, 2024, to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 20th day of May 2024

_____
Troy L. Nunley
United States District Judge

05/20/24