CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Aurelia Ayon Guerrero

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>AURELIA AYON GUERRERO,<br><br>    Defendant. | CR. No.: 2:22-cr-178 TLN<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN THE DEFENSE'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the representations contained in the defense's Request to Seal and the factors set forth in *In Re Copley Press, Inc.*, 518 F.3d 1022, 1028 (9th Cir. 2008), IT IS HEREBY ORDERED that the *Statement in Support of Proposed Substitution of Attorney* and the defendant's *Request to Seal* shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the United States and counsel for the defendant.

DATED: May 31, 2024

_____
Troy L. Nunley
United States District Judge

05/31/24

- 1 -