MICHELE BECKWITH
Acting United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                 Plaintiff,<br><br>                    v.<br><br>AURELIA AYON GUERRERO,<br><br>                                 Defendant. | CASE NO.  2:22-CR-00178-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 20, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Aurelia Ayon Guerrero, by and through her counsel of record, hereby stipulate as follows:

1.       By previous order, this matter was set for status on February 20, 2025.

2.       By this stipulation, defendant now moves to continue the status conference until May 22, 2025, and to exclude time between February 20, 2025, and May 22, 2025, under Local Code T4.

3.       The parties agree and stipulate, and request that the Court find the following:

        a)       The government has represented that the discovery associated with this case includes approximately 3,398 pages of documents, including investigative reports, text messages, transcripts of recorded communications, and other materials, as well as multiple undercover video and audio recordings. All of this discovery has been produced to counsel for defendant.

1

b)     Defendant Ayon Guerrero made her initial appearance in this district on April 20, 2023, based on charges contained in a criminal complaint.

c)     On May 31, 2024, Ms. White was substituted into the case as counsel of record for defendant.

d)     Counsel for defendant desires additional time to review the discovery, to conduct factual investigation, to evaluate potential responses to the charges, to confer with his client, and to otherwise prepare for trial.

e)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f)     The government does not object to the continuance.

g)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 20, 2025 to May 22, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

//

//

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1    IT IS SO STIPULATED.

2    Date:  February 18, 2025

3

4

5    Dated:  February 18, 2025              MICHELE BECKWITH
                                           Acting United States Attorney

6

7                                          /s/ DAVID W. SPENCER
                                           DAVID W. SPENCER
8                                          Assistant United States Attorney

9

10   Dated:  February 18, 2025             /s/ TONI WHITE
                                           TONI WHITE
11                                         Counsel for Defendant
                                           AURELIA AYON GUERRERO
12

13

14                            **ORDER**

15   IT IS SO FOUND AND ORDERED this 18 day of February, 2025.

16

17

18

19   _____
                                           TROY L. NUNLEY
20                                         CHIEF UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28