TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
AURELIA GUERRERO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:22-CR-00178 TLN |
| Plaintiff, | **ORDER SEALING ATTACHMENT TO DEFENSE BAIL MOTION FILED APRIL 3, 2025** |
| v. | |
| AURELIA GUERRERO, | |
| Defendant. | |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Aurelia Guerrero, IT IS HEREBY ORDERED that the attachment to Defendant's Bail Motion filed on this date, along with the associated Request to Seal, shall be SEALED until further order of this Court.

Dated: April 04, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1