ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00178-TLN |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE HEARING DATE |
| v. | |
| AURELIA AYON GUERRERO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Aurelia Ayon Guerrero, by and through her counsel of record, hereby stipulate as follows:

1. On November 7, 2025, defendant filed a motion for bail review, noticed for hearing on November 14, 2025. ECF 128. In her motion, defendant seeks leave from the five-page limit under the Court's local rules. *Id.* at 1. The motion is 15 pages long and accompanied by a 19-page attachment. *Id.*

2. Due to the length of defendant's motion, the United States needs additional time to prepare and file its written response.

3. The parties hereby stipulate and agree that the hearing on defendant's motion shall be continued to November 20, 2025, before the duty magistrate judge.

4. The government's opposition shall be due by November 18, 2025, pursuant to L.R. 429(c).

IT IS SO STIPULATED.

Dated: November 12, 2025

ERIC GRANT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: November 12, 2025

/s/ TONI WHITE
TONI WHITE
Counsel for Defendant
AURELIA AYON GUERRERO

## [PROPOSED] ORDER

The hearing on defendant's motion for bail review (ECF 128) is hereby continued to November 20, 2025, before the duty magistrate judge.

Date: November 13, 2025

THE HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE HEARING DATE

2