ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AURELIA AYON GUERRERO,<br><br>Defendant. | CASE NO. 2:22-CR-00178-TLN<br><br>STIPULATION TO CONTINUE HEARING DATE |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Aurelia Ayon Guerrero, by and through her counsel of record, hereby stipulate as follows:

1. On November 7, 2025, defendant filed a motion for bail review, noticed for hearing on November 14, 2025. ECF 128. At the parties' request, the Court continued the hearing to November 20, 2025. ECF 134.

2. Due to a scheduling conflict for defense counsel, defendant now requests to continue the hearing to November 25, 2025. The government does not object.

3. Accordingly, the parties hereby stipulate and agree that the hearing on defendant's motion shall be continued to November 25, 2025, before the duty magistrate judge.

4. The government's opposition shall be due by November 23, 2025, pursuant to L.R. 429(c).

IT IS SO STIPULATED.

Dated: November 17, 2025

ERIC GRANT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: November 17, 2025

/s/ TONI WHITE
TONI WHITE
Counsel for Defendant
AURELIA AYON GUERRERO

### [PROPOSED] ORDER

The hearing on defendant's motion for bail review (ECF 128) is hereby continued to November 25, 2025, before the duty magistrate judge.

IT IS SO ORDERED.

Dated:   November 17, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE