TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1068
Placerville, CA. 95667
(530) 885-6244

Attorney for Defendant
AURELIA GUERRERO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:22-CR-00178 TLN |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| AURELIA GUERRERO, | |
| Defendant. | |

Defendant AURELIA GUERRERO, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney DAVID SPENCER, hereby stipulate as follows:

1.      By previous order, this matter was set for sentencing on May 21, 2026.

2.      By this stipulation, defendant now moves to continue the sentencing to August 6, 2026, at 9:30 a.m.  The GOVERNMENT does not oppose this request.

3. The presentence interview has been completed and probation is working on the draft report. The original date for the presentence interview was rescheduled because defense counsel was called into magistrate court to handle a client who was unexpectedly transferred from Colorado. Given that the presentence interview was delayed, more time is needed to complete the presentence report.

4.      Additionally, counsel is gathering additional mitigation information to present to probation and more time is needed for that process.

5.       The probation officer, Miranda Lewis, is available and is in agreement with the disclosure schedule requested by the parties.

5. The parties request the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | August 6, 2026 |
| Reply, or Statement of Non-opposition: | July 30, 2026 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | July 23, 2026 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | July 16, 2026 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | July 9, 2026 |
| The Proposed Pre-Sentence Report Shall Be Disclosed to Counsel no Later Than: | June 18, 2026 |

IT IS SO STIPULATED.

Dated:  April 30, 2026                    ERIC GRANT
                                          United States Attorney

                               By:    /s/ David Spencer
                                          DAVID SPENCER
                                          Assistant U.S. Attorney

                                          For the United States

Dated: April 30, 2026              By:    /s/ Toni White
                                          TONI WHITE
                                          For Defendant
                                          Aurelia Guerrero

**O R D E R**

IT IS SO FOUND AND ORDERED this 4th day of May 2026.

_____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE