TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1068
Placerville, CA. 95667
(530) 885-6244

Attorney for Defendant
AURELIA GUERRERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AURELIA GUERRERO,<br><br>Defendant. | No. 2:22-CR-00178 TLN<br><br>**STIPULATION AND ORDER** |

Defendant AURELIA GUERRERO, by and through her counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney DAVID SPENCER, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on August 6, 2026;

2. By this stipulation, defendant now moves to continue the sentencing to **November 19, 2026, at 9:30 a.m.**. The GOVERNMENT does not oppose this request;

3. Both parties have discovered information that will impact their respective sentencing arguments, and both parties require additional time for further investigation. Defense counsel is working to investigate mitigating information. The government joins this request, as

the government continues to investigate other information bearing on its sentencing recommendation;

4. Thus, the parties request that the Court continue the sentencing date to November 19, 2026;

5. The probation officer, Miranda Lewis, is available and is in agreement with the disclosure schedule requested by the parties; and

6. The parties request the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | November 19, 2026 |
| Reply, or Statement of Non-opposition: | November 12, 2026 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | November 5, 2026 |

The Pre-Sentence Report has been filed with the Court.

IT IS SO STIPULATED.

Dated: August 3, 2026

ERIC GRANT
United States Attorney

By: */s/ David Spencer*
DAVID SPENCER
Assistant U.S. Attorney

For the United States

Dated: August 3, 2026

By: */s/ Toni White*
TONI WHITE
For Defendant
Aurelia Guerrero

**O R D E R**

IT IS SO FOUND AND ORDERED this 4th day of August 2026.

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE