ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

AURELIA AYON GUERRERO,

Defendant.

CASE NO. 2:22-CR-00178-TLN

STIPULATION TO CONTINUE JUDGMENT AND SENTENCING; ORDER

DATE: November 19, 2026
TIME: 9:30 a.m.
COURT: Hon. Troy L. Nunley

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Aurelia Ayon Guerrero, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on November 19, 2026.

2. By this stipulation, defendant now moves to continue the sentencing hearing until **March 11, 2027, at 9:30 a.m.**

3. Both parties have discovered information that will impact their respective sentencing arguments, and both parties require additional time for further investigation. Defense counsel is working to investigate mitigating information. The government joins this request, as the government continues to investigate other information bearing on its sentencing recommendation.

/ / /

/ / /

4. The parties request the following disclosure schedule:

| | | |
|---|---|---|
| a) | Judgment & Sentencing Date: | March 11, 2027 |
| b) | Reply, or Statement of Non-Opposition: | March 4, 2027 |
| c) | Motion for Correction of the Presentence Report: | February 25, 2027 |
| d) | The Presentence Report has been filed with the Court. | |

IT IS SO STIPULATED.

Dated: November 16, 2026

ERIC GRANT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: November 16, 2026

/s/ TONI WHITE
TONI WHITE
Counsel for Defendant
AURELIA AYON GUERRERO

**ORDER**

IT IS SO FOUND AND ORDERED this 18th day of November, 2026.

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE